FILED

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHARLES MUMPHREY, ) <br> ) <br> Defendant. ) <br> ) | 2:96-cr-153-PMP <br><br> **ORDER** |

On June 23, 2011, the Federal Public Defender was appointed to represent Charles Mumphrey. The court has been advised that a conflict exists.

Accordingly, IT IS HEREBY ORDERED that Michael R. Pandullo, Esq. is APPOINTED as counsel for Charles Mumphrey in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Pandullo forthwith.

DATED this 29th day of June, 2011.

_____
Philip M. Pro
UNITED STATES DISTRICT JUDGE