UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,            )
                                     )
        Plaintiff,                   )        **O R D E R**
                                     )
vs.                                  )        2:96-CR-153-PMP
                                     )
CHARLES MUMPHREY,                    )
                                     )
        Defendant.                   )
_____)

The Court has ordered that the Defendant's "Motion for Reduction of Time Pursuant to 18 USC 3582(c)(2) and Amendment 750 of the Fair Sentencing Act of 2010" [91] be referred to the Federal Public Defender for representation, Therefore,

**IT IS HEREBY ORDERED** that the Federal Public Defender is appoint as counsel for all proceedings regarding the Defendant's "Motion for Sentence Reduction Pursuant to the Fair Sentencing Act"[91]. The Federal Public Defender shall file a Supplement to [91] by March 26, 2012.

DATED: February 17, 2012.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE