UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>CHARLES MUMPHREY,<br><br>         Defendant. | 2:96-CR-00153-PMP<br><br><br><br>ORDER |

IT IS ORDERED that the Clerk of Court shall file the attached letter from Defendant Charles Mumphrey.

IT IS FURTHER ORDERED that a copy of the attached letter shall forthwith be provided to the office of the Federal Public Defender for review and filing of such motions or other requests for relief as deemed appropriate.

DATED: October 23, 2013

_____
PHILIP M. PRO
United States District Judge